UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYN PATRICK, ) | Case No. 06-CV-1506-R (JMA) |
| ) | |
| Plaintiff, ) | **ORDER AMENDING STIPULATED** |
| ) | **CONFIDENTIALITY AGREEMENT** |
| v. ) | |
| ) | |
| HEWLETT-PACKARD COMPANY ) | |
| EMPLOYEE BENEFITS ORGANIZATION ) | |
| INCOME PROTECTION PLAN; et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

   The "Stipulated Confidentiality Agreement and Protective Order" filed in the above entitled action is hereby amended as follows:

   Section 7.  Subject to public policy, and further court order, nothing shall be filed under seal, and the Court shall not be required to take any action, without separate prior order by the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing counsel.

   If the Court grants a party permission to file an item under seal, a duplicate disclosing all nonconfidential information, if any, shall be filed and made part of the public record.  The item may be redacted to eliminate confidential material from the document.  The document shall be titled to

show that it corresponds to an item filed under seal, e.g., "Redacted Copy of Sealed Declaration of John Smith in Support of Motion for Summary Judgment." The sealed and redacted documents shall be filed simultaneously.

**IT IS SO ORDERED.**

DATED: March 13, 2007

Jan M. Adler
U.S. Magistrate Judge